IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morgan, Larry | Case Number: 07 B 16510 |
|---|---|---|
| | Morgan, Elizabeth E | Judge: Squires, John H |
| | Printed: 10/14/08 | Filed: 9/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: November 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,540.38 | |
| Secured: | | 17,920.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 467.50 |
| Trustee Fee: | | 1,151.90 |
| Other Funds: | | 0.00 |
| Totals: | 19,540.38 | 19,540.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & Gleason | Administrative | 3,500.00 | 467.50 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 15,998.06 | 12,874.31 |
| 5. | GMAC Mortgage Corporation | Secured | 5,995.00 | 4,824.43 |
| 6. | Cook County Treasurer | Secured | 2,667.19 | 222.24 |
| 7. | GMAC Mortgage Corporation | Secured | 8,000.00 | 0.00 |
| 8. | HomEq Servicing Corp | Secured | 32,751.47 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 799.47 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 253.54 | 0.00 |
| 11. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 12. | H & F Law Offices | Unsecured | | No Claim Filed |
| 13. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 69,964.73 | $ 18,388.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 580.41 |
| 6.5% | 571.49 |
| | _____ |
| | $ 1,151.90 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Morgan, Larry  
        Morgan, Elizabeth E  
        Printed: 10/14/08

Case Number: 07 B 16510  
Judge: Squires, John H  
Filed: 9/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

